Part 3 of 3

# EXHIBIT 8

Case 8:26-ap-01027-SC   Doc 19-2   Filed 05/27/26   Entered 05/27/26 10:40:51   Desc
Electronically Filed by Superior Court of California, County of Orange, 11/25/2025 03:25:00 PM.
30-2022-01253059-CU-OR-NJC - ROA # 414 - DAVID H. YAMASAKI, Clerk of the Court By G. Ramirez, Deputy Clerk.

MC–050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Heidi Griffith (State Bar No. 333725) DIRECTIONS LAW, INC. 9972 Bolsa Avenue, Suite 100 Westminster, CA 92683 TELEPHONE NO.: 714.515.1155   FAX NO. *(Optional):* E-MAIL ADDRESS *(Optional):* heidi@directionslaw.com ATTORNEY FOR *(Name):* Defendant Minh Tuong Nguyen | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 1275 North Berkeley Avenue
MAILING ADDRESS: 1275 North Berkeley Avenue
CITY AND ZIP CODE: Fullerton, CA 92832-1258
BRANCH NAME: North Justice Center

CASE NAME:
Ngoc Tuyet Lam v. Minh Tuong Nguyen

| SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order) | CASE NUMBER: 30-2022-01253059-CU-OR-NJC |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Minh Tuong Nguyen     makes the following substitution:

1. **Former legal representative**  ☐ Party represented self  ☑ Attorney *(name):* Alex L. Benedict
2. **New legal representative**  ☐ Party is representing self*  ☑ Attorney
   a. Name: Heidi Griffith                    b. State Bar No. *(if applicable):* 333725
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      DIRECTIONS LAW, INC.
      9972 Bolsa Avenue, Suite 100, Westminster, CA 92683
   d. Telephone No. *(include area code):* (714) 515-1155
3. The party making this substitution is a  ☐ plaintiff  ☑ defendant  ☐ petitioner  ☐ respondent  ☐ other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

| • Guardian | • Personal Representative | • Guardian ad litem |
|---|---|---|
| • Conservator | • Probate fiduciary | • Unincorporated |
| • Trustee | • Corporation | association |

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: 11/21/2025
   Minh Tuong Nguyen
   _____
   (TYPE OR PRINT NAME)

   ▷ _____
   (SIGNATURE OF PARTY)

5. ☑  I consent to this substitution.
   Date: 11/25/2025
   Alex L. Benedict, Esq.
   _____
   (TYPE OR PRINT NAME)

   ▷ _____
   (SIGNATURE OF FORMER ATTORNEY)

6. ☑  I consent to this substitution.
   Date: 11/21/2025
   Heidi Griffith, Esq.
   _____
   (TYPE OR PRINT NAME)

   ▷ _____
   (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                    Page 1 of 2

| Form Adopted For Mandatory Use Judicial Council of California MC-050 [Rev. January 1, 2009] | SUBSTITUTION OF ATTORNEY—CIVIL (Without Court Order) | Code of Civil Procedure, §§ 284(1), 285; Cal. Rules of Court, rule 3.1362 www.courtinfo.ca.gov |
|---|---|---|

Doc ID: bb1faf420aea4b0432974a2bbf43257e925f4c49

MC–050

| CASE NAME: | CASE NUMBER: |
|---|---|
| — Ngoc Tuyet Lam v. Minh Tuong Nguyen | 30-2022-01253059-CU-OR-NJC |

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify):*
   9972 Bolsa Avenue, Suite 100, Westminster, CA 92683

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: 11/25/2025          (2) Place of mailing *(city and state):* Westminster, California

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/25/2025

Huyen Tran
_____          _____
(TYPE OR PRINT NAME)                                    (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4.  a. Name of person served: Hai H. Lai, Esq.
    b. Address *(number, street, city, and ZIP):*
       9550 Warner Ave., Ste 250
       Fountain Valley, CA 92708-2842
    c. Name of person served: Ngan Thi Kim Tran
    d. Address *(number, street, city, and ZIP):*
       1718 W Bowling St
       Anaheim, CA 92804

    e. Name of person served:
    f. Address *(number, street, city, and ZIP):*


    g. Name of person served:
    h. Address *(number, street, city, and ZIP):*


    i. Name of person served:
    j. Address *(number, street, city, and ZIP):*



☐ List of names and addresses continued in attachment.

MC-050 [Rev. January 1, 2009]          **SUBSTITUTION OF ATTORNEY—CIVIL**          Page 2 of 2
                                              **(Without Court Order)**

Doc ID: bb1faf420aea4b0432974a2bbf43257e925f4c49

# EXHIBIT E

The State Bar Court of California

 The State Bar
*of California*

Search

# Attorney Profile

# Alex Lan Benedict #184585

**License Status: Active**

---

**CONSUMER ALERT**
This attorney has been charged with a felony. The felony matter is pending in Orange County Superior Court , case no. 26ZF0004. For more information, contact the court in the jurisdiction where the case is pending. The State Bar posts consumer alerts online when lawyers are charged in a criminal court with a felony or felonies. Anyone who believes they have been the victim of attorney misconduct is urged to file a complaint with the State Bar.

**DISCLAIMER:** The filing of criminal charges does not constitute a finding of guilt or professional misconduct. Criminal defendants are presumed to be innocent until proven guilty in a court of law.

---

Address: 10055 Slater Ave Ste 263, Fountain Vally, CA 92708-4722

Phone: 714-916-9796 I Fax: 714-487-5105

Email: alex@lawalb.com I Website: Not Available

More about This Attorney ▲

**CLA Sections:**                    None

The California Lawyers Association (CLA) is an independent organization and is not part of the State Bar of California.

**Self-Reported Practice Areas:**

Note: The State Bar does not verify the accuracy of this content and makes no warranties regarding experience or competence in practice areas. The State Bar encourages those seeking legal help to search Certified Specialists, use Certified Lawyer Referral Services, search through LawHelpCA.org, and use the State Bar's online public informatiorto complement this information.

- o Bankruptcy

- o Business Law

- ○ Criminal Law

- ○ Family Law

- ○ Litigation

- ○ Personal Injury

- ○ Workers Compensation

**Additional Languages Spoken:**

- ○ By the attorney: Vietnamese

- ○ By staff: Vietnamese

**Law School:** Western State Univ COL; Irvine CA

# License Status, Disciplinary and Administrative History

The table below shows an attorney's license status changes, disciplinary actions, and administrative actions. Some administrative suspensions are subject to automatic removal from the attorney profile page pursuant to the State Bar's policy on removal of administrative actions. Administrative suspensions are non-disciplinary actions resulting from noncompliance with administrative requirements, such as the requirement to pay licensing fees or comply with Minimum Continuing Legal Education. Administrative suspensions that meet the criteria in the State Bar's policy on removal of administrative actions would not be displayed below.

| Date | License Status ❶ | Discipline ❶ | Administrative Action ❶ |
|------|------------------|--------------|-------------------------|
| **Present** | Active | | |
| **3/2/2004** | | Public reproval with/duties 02-O-15675 ❶ | |
| **4/25/2001** | | Public reproval with/duties 00-O-13132 ❶ | |
| **12/2/1996** | Admitted to the State Bar of California | | |

# State Bar Court Cases

The listing below is partial, as the State Bar Court is transitioning to online dockets. Please refer to the License Status, Disciplinary and Administrative History section above for a record of discipline cases. Case dockets and documents may be available using the State Bar Court Search for a Case feature; see instructions below.

| Effective Date ❶ | Case Number | Description ❶ |
|---|---|---|
| 3/2/2004 | 02-O-15675 | Stipulation [PDF] |

Here is what you need to know to access discipline documents in public cases:

Documents are added to the State Bar Court's online docket as events occur.

Search for a Case

To search for a case, please copy the case number displayed above and click Search for a Case. In the search box, paste the complete case number. If the case number begins with "19" or higher, you must add the prefix SBC to the case number, e.g., SBC [CASE NUMBER]. If a case number begins with 18 or lower, there's no need to add SBC.

Most public case records since 2000 are available through search. Older case records are available on request. The State Bar Court began posting public discipline documents online in 2005.

NOTE: Only Published Opinions may be cited or relied on as precedent in State Bar Court proceedings.

DISCLAIMER: Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The licensee is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.

**Additional Information:**

- About the disciplinary system

Start New Search »

Protecting the public & enhancing the administration
of justice.

San Francisco (Main Office)      Los Angeles
180 Howard St.                   845 S. Figueroa St.
San Francisco, CA 94105          Los Angeles, CA 90017
415-538-2000                     213-765-1000

Help Center          Site Feedback

Contact Us           Careers

Public Records       Staff Logins

News                 My State Bar Profile Login

Our Mission

Copyright ©2025 The State Bar of California      User Policies

# Case Summary

| | |
|---|---|
| **Case Number:** | 26ZF0004 |
| **OC Pay Number:** | 12157629 |
| **Originating Court:** | Central |
| **Pay or Appear by:** | |
| **Traffic School Completion Date:** | |
| **Next Payment Date:** | |
| **Defendant:** | Benedict, Alex Lan |

## Demographics

| | |
|---|---|
| Eyes: | Brown |
| Hair: | Black |
| Height (ft/in): | 5'6" |
| Weight (lbs): | 150 |

### Names:

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Benedict | Alex | Lan | Real Name |

## Case Status

| | |
|---|---|
| Status: | Open |
| Case Stage: | |
| Release Status: | Bail - conditional release |
| Warrant: | N |
| DMV Hold: | N |
| Charging Document: | Indictment |
| Mandatory Appearance: | Y |
| Owner's Resp: | N |
| Amendment #: | 0 |

### Counts:

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 03/07/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 | | |
| 2 | 0 | 11/09/2023 | 550(a)(1) PC | F | Making false or | NOT GUILTY | 01/26/2026 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 0 | 03/31/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 4 | 0 | 10/09/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 5 | 0 | 11/09/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 6 | 0 | 03/31/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 7 | 0 | 11/09/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 8 | 0 | 09/11/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 9 | 0 | 08/17/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 10 | 0 | 08/17/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11 | 0 | 08/17/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 12 | 0 | 10/16/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 13 | 0 | 09/23/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 14 | 0 | 07/03/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 15 | 0 | 05/08/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 16 | 0 | 05/08/2024 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 17 | 0 | 07/03/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 18 | 0 | 03/13/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 19 | 0 | 03/13/2023 | 549 PC | F | False or fraudulent | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | claims, solicitation, acceptance or referral of business | | |
| 20 | 0 | 03/13/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 21 | 0 | 05/15/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 22 | 0 | 04/20/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 23 | 0 | 03/20/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 24 | 0 | 03/20/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 25 | 0 | 03/20/2024 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 26 | 0 | 03/20/2024 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27 | 0 | 06/04/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 28 | 0 | 04/08/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 29 | 0 | 01/12/2024 | 550(a) (1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 30 | 0 | 01/17/2024 | 550(a) (1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 31 | 0 | 11/20/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 32 | 0 | 01/12/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 33 | 0 | 06/11/2024 | 550(a) (1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 34 | 0 | 03/29/2024 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 35 | 0 | 05/17/2024 | 750(a) IC | F | Unlawful offer or receipt for | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 36 | 0 | 02/02/2024 | 550(a)(1) PC | F | referral of clients Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 37 | 0 | 12/02/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 38 | 0 | 02/02/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 39 | 0 | 03/19/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 40 | 0 | 03/19/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 41 | 0 | 12/19/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 42 | 0 | 03/16/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 43 | 0 | 03/16/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 44 | 0 | 03/16/2024 | 550(a)(1) PC | F | Making false or | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 45 | 0 | 01/04/2024 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY, | 01/26/2026 |
| 46 | 0 | 03/16/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 47 | 0 | 11/06/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 48 | 0 | 08/16/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 49 | 0 | 11/06/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 50 | 0 | 11/06/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 51 | 0 | 08/16/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 52 | 0 | 11/06/2023 | 750(a) IC | F | Unlawful offer or receipt for | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | referral of clients | | |
| 53 | 0 | 03/08/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 54 | 0 | 01/08/2024 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 55 | 0 | 03/08/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 56 | 0 | 03/18/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 57 | 0 | 01/08/2024 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 58 | 0 | 03/18/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 59 | 0 | 07/17/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 60 | 0 | 04/17/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 61 | 0 | 07/17/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 62 | 0 | 08/30/2023 | 550(a) (1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 63 | 0 | 08/30/2023 | 550(a) (1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 64 | 0 | 05/25/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 65 | 0 | 08/30/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 66 | 0 | 07/01/2023 | 550(a) (1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 67 | 0 | 07/01/2023 | 550(a) (1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 68 | 0 | 03/20/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 69 | 0 | 03/20/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 70 | 0 | 08/04/2023 | 750(a) IC | F | or referral of business Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 71 | 0 | 07/02/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 72 | 0 | 03/11/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 73 | 0 | 08/30/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 74 | 0 | 03/11/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 75 | 0 | 12/28/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 76 | 0 | 12/04/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 77 | 0 | 12/04/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 78 | 0 | 03/08/2024 | 750(a) IC | F | or referral of business Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 79 | 0 | 12/24/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 80 | 0 | 06/07/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 81 | 0 | 04/05/2024 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 82 | 0 | 06/07/2024 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 83 | 0 | 10/29/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 84 | 0 | 09/12/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 85 | 0 | 10/28/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 86 | 0 | 09/12/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance | NOT GUILTY | 01/26/2026 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | or referral of business | | |
| 87 | 0 | 10/16/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 88 | 0 | 12/05/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 89 | 0 | 10/29/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 90 | 0 | 01/08/2024 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 91 | 0 | 10/28/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 92 | 0 | 10/28/2023 | 550(a)(1) PC | F | Making false or fraudulent claims | NOT GUILTY | 01/26/2026 |
| 93 | 0 | 09/12/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |
| 94 | 0 | 09/12/2023 | 549 PC | F | False or fraudulent claims, solicitation, acceptance or referral of business | NOT GUILTY | 01/26/2026 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 95 | 0 | 12/05/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |
| 96 | 0 | 10/28/2023 | 750(a) IC | F | Unlawful offer or receipt for referral of clients | NOT GUILTY | 01/26/2026 |

**Co Defendants:**

| Last Name | First Name | Release Status | Status Date |
|---|---|---|---|
| Tran | Nghia | Bail - conditional release | 03/13/2026 |

**Participants:**

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Retained Attorney | | RETAT | Fredrick, Mark | | |
| District Attorney | | OCDA | Van Stralen, Aaron | | |

**Scheduled Hearing:**

| Date | Hearing Type - Reason | Courtroom |
|---|---|---|
| 06/12/2026 | Pre Trial - | C5 |

**Heard Hearings:**

| Date | Hearing Type - Reason | Courtroom | Hearing Status | Special Hearing Result |
|---|---|---|---|---|
| 01/23/2026 | Hearing - | C5 | Heard | |
| 01/26/2026 | Arraignment - | C5 | Heard | General Time Waiver |
| 02/20/2026 | Pre Trial - | C5 | Heard | |
| 02/20/2026 | Hearing Bail Review | C5 | Heard | waives statutory time for |
| 03/13/2026 | Hearing Bail Review | C35 | Heard | waives statutory time for |
| 06/12/2026 | Jury Trial - | C5 | Cancel | |

**Bond:**

| Bail Date | Post Amount | Bondsman | Bondsman Address | Surety | Surety Address | Details | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Action | Action Date | Amount |
| 01/26/2026 | 30000.0 | Harvey Sparber Bail Bonds | | Lexington National Insurance Corporation | | Active | 01/26/2026 | 30000 |

# EXHIBIT F

# The State Bar *of California*

**Date:** 3/6/2026

## Attorney Misconduct Complaint

### Your Contact Information

**Title:**        Mr.

| | | |
|---|---|---|
| **First name:**   Minh | **Middle name:**   Tuong | **Last name:**   Nguyen |

**Address:**     840 Chateau Ct

| | | |
|---|---|---|
| **City:**   Garden Grove | **State:**   CA | **ZIP code:**   92841 |

**Email:**    minhnguyensteven@gmail.com

**Your telephone numbers:**

| | | |
|---|---|---|
| **Home:**   (828) 666-3388 | **Work:**   (714) 515-1155 | **Cell:**   (828) 666-3388 |

### Attorney's Information

| | | |
|---|---|---|
| **First name:**   Alex | **Middle name:**   Lan | **Last name:**   Benedict |

**Address:**     10055 Slater Ave Ste 263

| | | |
|---|---|---|
| **City:**   Fountain Vally | **State:**   CA | **ZIP code:**   92708 |

| | |
|---|---|
| **Email:**   alex@lawalb.com | **CA Bar License #:**     184585 |

| | |
|---|---|
| **Primary phone:**   (714) 916-9796 | **Other phone:** |

| | |
|---|---|
| **Cell phone:** | **Website:** |

**Have you or a member of your family complained to the State Bar about this attorney previously?**

○ Yes        ⊙ No

**Did you hire the attorney?**

⊙ Yes        ○ No

**Does this complaint involve allegations of theft or misappropriation of funds?**

○ Yes        ⊙ No

**Does this complaint involve allegations of attorney misconduct against a person 65 years of age or older?**

○ Yes        ⊙ No

**Does this complaint involve allegations of attorney misconduct against a person who is incapacitated, infirm, disabled, incarcerated, an immigrant, or a minor?**

○ Yes        ⊙ No

1

# The State Bar *of California*

Date: 3/6/2026

## Attorney Misconduct Complaint

**Does this complaint involve allegations that the attorney has abandoned a client?**

⦿ Yes        ○ No

**Does this complaint involve allegations about an attorney who provided, or was supposed to provide, services related to immigration?**

○ Yes        ⦿ No

**Are you an attorney?**

○ Yes        ⦿ No

**Enter the approximate date you hired the attorney and the amount, if any paid to the attorney.**

**Date:**                                        **Amount paid:**

**What is your connection with the attorney? Explain briefly.**

**Statement of Complaint**

**Include with your submission a statement of what the attorney did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you hired the attorney(s), state what you hired the attorney(s) to do. Additional information may be requested.**

I hired attorney Alex L. Benedict to represent me in the civil case Ngoc Tuyet Lam v. Minh Tuong Nguyen, Orange County Superior Court Case No. 30-2022-01253059-CU-OR-NJC.
During his representation, Mr. Benedict failed to communicate with me, failed to respond to discovery motions, and failed to appear at important hearings. As a result of these failures, the court struck my answer and entered a default judgment against me. I was never informed that my case was in danger of default, and I did not learn about the judgment until after post-judgment enforcement actions began.
I later discovered that Mr. Benedict had undisclosed business relationships related to financial transactions involving my properties, including a company that acted as a lender on a loan secured by my property. I was not aware of this relationship at the time the lien was placed on my property, and these connections were never disclosed to me while he was advising me as my attorney.
Because of these circumstances, I believe Mr. Benedict abandoned my legal case, failed to communicate with his client, and had undisclosed conflicts of interest related to transactions affecting my property.
Please see the attached Declaration of Minh Tuong Nguyen and supporting exhibits for the full factual explanation and documentation.

## Related Court Case Information

| Court name: | Orange County Superior Court - North Justice Center | Case name: | Lam vs. Nguyen |
|---|---|---|---|
| **Case number:** | 30-2022-01253059-CU-OR-NJC | **Approx. date case was filed:** | 4/4/2022 |
| **Size of law firm complained about** | Unknown | | |

**If you are not a party to this case, what is your connection with it? Explain briefly.**

2

# The State Bar *of California*

**Date:** 3/6/2026

## Attorney Misconduct Complaint

---

### Attachments

☐ **No files attached**

- Complaint Form to State Bar.pdf

- Declaration and Exhibits in support.pdf

- Letter to State Bar.pdf

---

### Translation Information

☐ **Not applicable**

The State Bar accepts complaints in over 200 languages. If you need translation services to communicate with the State Bar, please let us know by completing this section of the complaint form. We will communicate with you through a translation service in the language of your choice. Do you need translation services?

○ Yes     ⊙ No

State the language in which you need formal translation:

---

### Submission

☑ By checking this box I certify that all information on this form is true and correct. I understand that the content of m y complaint can be disclosed to the attorney. I understand that I waive the attorney client privilege and any other applicable privilege between myself and the attorney to the extent necessary for the investigation and prosec ution of the allegations. I also agree that the checkbox and my name typed below are to be used as my electronic signature.

☑ I understand that if the Office of Chief Trial Counsel (OCTC) prosecutes allegations contained in this complaint, I may be required to testify before the State Bar Court in order to prove the charge or charges or misconduct against the above-named attorney.

☑ I understand that every person who reports to the State Bar or causes a complaint to be filed with the State Bar that an attorney has engaged in professional misconduct, knowing the report or complaint to be false and malicious, is guilty of a misdemeanor.

**Signature**    Minh Tuong Nguyen

3

**DECLARATION OF MINH TUONG NGUYEN IN SUPPORT OF STATE BAR COMPLAINT AGAINST ALEX L.BENEDICT**

I,Minh Tuong Nguyen,declare as follows:

1.      I am the complainant in this State Bar complaint against attorney Alex L. Benedict.I have personal knowledge of the matters stated below and could testify competently if called as a witness.

2.      I retained attorney Alex L. Benedict of the Law Offices of Alex L. Benedict &Associates,APC to represent me in the civil case Ngoc Tuyet Lam v.Minh Tuong Nguyen,Orange County Superior Court Case No.30-2022-01253059-CU-OR-NJC.

3.      I relied on Mr. Benedict to manage the case,communicate with me,respond to discovery,appear at hearings, explain court orders and deadlines, and risks to protect my legal rights.

4.      I am Vietnamese and have trouble understanding written or spoken English.

5.      When I retained Mr. Benedict, who I had known for about 4 years, to represent me in this matter,I believed that he,being fluent in Vietnamese, would be able to do so competently,appear in court on my behalf to present my defenses, and also be able to communicate withme in Vietnamese,due to my English language barrier, to ensure that information about my case would be explained to me in a manner I could understand and participate in meaningfully. This belief was a significant reason I retained Mr. Benedict.

6.I later learned that Mr. Benedict assigned staff and contracted and associated with other attorneys who did not speak Vietnamese, including Ryan E. Jackman, Esq., of Jackman Law,P.C.and John Hamilton,Esq.,of Hamilton Law Offices. A true and correct copy of Mr. Jackman's Notice of Association of Counsel is attached hereto as Exhibit 1.

7. I was not informed of who was handling my case at any given time during the course of the litigation, who was responsible for handling which part of the case, or how I should communicate with them. Most of the time, I did not know who was responsible for my matter, at all.8. Throughout  the case, I repeatedly contacted my attorney, Mr. Benedict, and his office seeking updates, explanations of court orders, and guidance on what I needed to do. Many of my

inquiries went unanswered.

9.   When I did receive responses, they were often brief, unclear, or dismissive,and did not explain the seriousness of the situation. A true and correct copy of Mr. Benedict's text messages with me is attached hereto as Exhibit 2. On several occasions, Mr. Benedict raised his voice at me or told me not to ask questions. This made me feel scared and intimidated. Mr. Benedict's demeanor towards me discouraged me from asking further questions about my case.

10. At no time did Mr. Benedict or anyone from his office clearly explain to me-in Vietnamese or otherwise-that my pleadings were at risk of being stricken, that sanctions were being imposed, or that a default judgment could be entered against me.

11. Mr. Benedict,as my attorney of record, failed to assist me with discovery responses and failed to explain to the court the reasons for any discovery violations,which were completely unknown to me. He also failed to respond to Plaintiff Ngoc Tuyet Lam's ("Plaintiff"')discovery motions.He did not inform me of Plaintiff's Motion to Deem Facts Admitted nor did he inform me of Plaintiff's MMotion to Compel Production. He also failed to assist me in filing responses before the November 20,2024 hearing date for these motions and failed to file any response or opposition to these motions,at all,which he had plenty of time to do so on my behalf. A true and correct copy of Notice of Non-Opposition to Plaintiff's Motion to Deem Facts Admitted and Motions to Compel Productions is attached hereto as Exhibit 3.

12. Worse yet, Mr. Benedict, as my attorney of record, failed to appear on my behalf,without explanation, for important hearings which I was never informed of,such as the hearing for Plaintiff's Motion for Terminating Sanctions. He did not appear before the court on my behalf nor did he explain to the court why the failure to comply with discovery orders was not willful.He completely abandoned me, even though he was my attorney of record. A true and correct copy of the court's 5/21/2025 Minute Order is attached hereto as Exhibit 4.

13.I never attempted to avoid discovery or court proceedings. When opposing counsel contacted me directly, I directed them to communicate with myattorney of record because I believed that he was competently handling the case for me.

14. I was willing and prepared to appear for my deposition and to cooperate with

2

discovery. I made myself available for deposition dates and was willing to travel internationally,from Vietnam to the United States on multiple occasions. A true and correct copy of correspondences between Plaintiff's attorney, Hai H. Lai and Mr.Hamilton regarding my willingness to appear for deposition is attached hereto as Exhibit 5.

15. In December 2024, although my deposition could have been conducted remotely by Zoom because I resided more than 75 miles from the jurisdiction of the court, I nevertheless flew from Vietnam to the United States in order to appear in person for my deposition scheduled for December 19,2024,a date agreed upon by Plaintiff and her counsel.(See Exhibit 5,p.3.)When I appeared and made myself available for deposition on that date, Plaintiff's counsel refused to proceed with the deposition as previously agreed.

16.    Any delays or failures in completing discovery were not caused by my refusal to participate. I was willing to cooperate and made myself available for deposition and discovery. Any failure to complete discovery or properly oppose motions occurred because my attorney failed to communicate with me, failed to prepare the case properly, and failed to respond appropriately on my behalf.

17. I later learned that Mr. Benedict had suffered brain injuries from a car accident.However,Mr.Benedict never informed me that he might be unable to competently represent me and did not withdraw from the case. He continued to remain my attorney of record while failing to properly manage or handle my case.

18. During this same period in late 2024, I was also going through a contentious divorce,which caused significant emotional and financial stress.

19.    During that time I reasonably believed that my civil attorney, Mr. Benedict,was handling my case and protecting my legal interests. I did not know that my case was in danger of default or that a default judgment could be entered against me.

20.    Because of Mr.Benedict's failure to communicate with me,respond to discovery motions, and appear in court on my behalf, my answer was ultimately stricken and a default judgment was entered against me. A true and correct copy of the Notice of Entry of Judgment or Order is attached hereto as Exhibit 6.

21.   I did not learn about the seriousness of the situation until post-judgment enforcement actions began.

22. Once I understood what had happened, I immediately sought new legal counsel in order to protect my rights and attempt to correct the situation.

23. Since retaining new counsel, I have been cooperative and diligent in providing records,emails,messages, and information necessary to support the motion to vacate the default judgment. The hearing on that motion was scheduled for April 22, 2026.

**Business Involvement Outside the Scope of Legal Representation**

24. In addition to representing me as a lawyer, Mr. Benedict also involved himself in my real estate and financial matters outside the ordinary scope of legal representation.

25. During the time he was acting as my attorney, he encouraged or influenced me to participate in various real estate and financial transactions involving people and companies connected to him.

26.Because he was my attorney and because I trusted him, I believed he was acting in my best interest when giving me advice about those transactions.

27.At the time, I did not understand that he may have had his own business or financial interests connected to some of those transactions.

28. I now believe that Mr.Benedict blurred the line between being my attorney and being involved in business transactions that affected me and my properties.

**Undisclosed Conflict Involving PDA, Inc.**

29.I later discovered that one of the entities involved in lending money secured by my property was PDA,Inc.

30. A Deed of Trust recorded in Orange County PDA, Inc. as the beneficiary lender on a loan secured by my property located at 18462 Villa Drive, Villa Park, California. A true and correct copy of this Deed of Trust is attached hereto as Exhibit 7.

31.At the time that loan was arranged,I was not informed that my attorney,Alex L.Benedict,had any ownership role,management role, or business relationship with PDA, Inc.

32. I later discovered California corporate records showing that Mr.Benedict has

4

DECLARATION OF MINH TUONG NGUYEN

previously held leadership positions in PDA, Inc., including Chief Executive Officer and Director.A true and correct copy of the Statement of Information filed on May 11,2007,reflecting Mr. Benedict's leadership positions with PDA, Inc., and record from Westlaw regarding Mr. Benedict's interest in PDA, Inc. is attached hereto as Exhibi 8.

33. I also later discovered more recent corporate records showing that Mr. Benedict was listed as Agent for Service of Process for PDA, Inc., while the same individuals associated with the company remained involved in its management. A true and correct copy of the Statement of Information filed on November 15,2022 is attached hereto as Exhibit 9.

34. I was never told that Mr. Benedict had any past or present business relationship with PDA, Inc. or with the people operating that company.

35. I was never advised in writing that he had any conflict of interest relating to PDA,Inc.

36. I was never advised to seek independent counsel regarding any transaction involving PDA,Inc.or any related lender.

37. If I had known that my own attorney had any business connection or financial relationship with a lender involved in loans secured by my property, I would not have relied on his advice and would have sought independent legal advice immediately.

**Foreclosure and Financial Harm**

38. I later learned that property connected to these transactions was foreclosed.

39. As a result, I lost property and suffered major financial harm.

40. I also later learned that individuals or entities connected to Mr. Benedict and his associates were paid as lienholders or lenders during the foreclosure process.

41. I did not understand these relationships at the time, and they were not disclosed to me by my attorney.

42. At the time many of these events were occurring, I was in Vietnam and depended heavily on others in the United States, including Mr. Benedict and people associated with him, to handle matters affecting my legal and financial interests.

43. Because of my limited English ability and my physical absence from the United

States, I was especially dependent on honest disclosure and loyal advice from my attorney.

**Bankruptcy Advice and Misleading Guidance**

44. During the period when my financial situation was deteriorating, Mr. Benedict and my ex-wife, Ngan Tran, both of whom were in the United States, were involved in initiating several bankruptcy filings affecting LLC entities associated with me while I was in Vietnam. I did not authorize or fully understand these bankruptcy filings at the time. After later reviewing the circumstances, I believe that these bankruptcy filings and related legal strategies benefited other parties while causing substantial financial harm to me.

45. I believe that Mr. Benedict's conduct contributed to the loss of multiple properties and further financial damage to me.

**Pressure, Fear, and Lack of Candor**

46. During discussions about my properties, my debts, and what actions I should take, I felt pressured and intimidated by statements attributed to or made by Mr. Benedict.

47. I recall being made to feel that certain actions had to be taken according to him, or I could face serious legal consequences.

48. Because I trusted him as my lawyer, I was afraid to challenge him and I often felt confused about whether he was acting as my attorney, as a business advisor, or in some other role.

49. I was never given clear, candid disclosure about conflicts, loyalties, or the risks created by his relationships with other people involved in my transactions.

**Overall Harm and Belief as to Misconduct**

50. Looking back, I believe that Mr. Benedict did not act with the loyalty, candor, diligence, and competence that I was entitled to expect from my attorney.

51. I believe he failed to communicate important information, failed to protect me in litigation, failed to appear and respond appropriately in court, and failed to disclose conflicts of interest arising from business relationships connected to my properties and loans.

52. I also believe he improperly mixed legal representation with business interests in ways that harmed me financially and legally.

53. I make this declaration to support my complaint to the State Bar and to request that

6

DECLARATION OF MINH TUONG NGUYEN

Mr.Benedict's conduct be investigated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is of March, 2025.

true and correct. Executed this 6th day of March, 2025.

Minh Tuong Nguyen

Exhibit 1-Mr.Jackman's Notice of Association of Counsel

Exhibit 2-text messages between Minh Tuong Nguyen and attorney Alex Benedict

Exhibit 3-Notice of Non-Opposition toPlaintiff's Motion to Deem Facts Admitted and Motions to Compel Productions

Exhibit 4-Court's 5/21/2025 Minute Order

Exhibit 5-correspondences between Mr. Benedict's office staff, Hai H. Lai and Mr.Hamilton regarding my willingness to appear for deposition

Exhibit 6-Notice of Entry of Judgment or Order dated 7/25/2025

Exhibit 7-Deed of Trust recorded on 12/19/2022 as Instrument No. 2022000412088

Exhibit 8-Statement of Information filed on May 11,2007,and record from Westlaw regarding Mr.Benedict's interest in PDA, Inc.

Exhibit 9-Statement of Information filed on November 15,2022

8

DECLARATION OF MINH TUONG NGUYEN

# EXHIBIT 1

Case 8:26-ap-01027-SC   Doc 19-2   Filed 05/27/26   Entered 05/27/26 10:40:51   Desc
Electronically Filed by Superior Court of California, County of Orange, 02/27/2024 08:58:43 AM.
30-2022-01253059-CU-OR-NJC - ROA # 93 - DAVID H. YAMASAKI, Clerk of the Court By S. Berry, Deputy Clerk.

Alex L. Benedict, Esq. (SBN: 184585)
Alexbenedict2000@yahoo.com
**THE LAW OFFICES OF ALEX L. BENEDICT**
**& ASSOCIATES, APLC**
10055 Slater Avenue, Suite 263
Fountain Valley, CA 92708
T: (714) 916-9796

Of Counsel:
Ryan E. Jackman, Esq. (SBN: 336617)
ryan@jackman.law
JACKMAN LAW, P.C.
25152 Springfield Court, Suite 390
Valencia, CA 91355
T: (661) 502-6244
Attorneys for Defendants
Minh Tuong Nguyen and
Ngan Thi Kim Tran

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| NGOC TUYET LAM,<br><br>Plaintiff,<br><br>vs.<br><br>MINH TUONG NGUYEN, (aka NGUYEN TUONG MINH), NGAN THI KIM TRAN, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 30-2022-01253059-CU-OR-CJC<br>Assigned for all purposes to:<br>Hon. Scott A. Steiner<br>Dept. N18<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Department: N18<br>Complaint Filed: April 4, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

///

///

NOTICE OF ASSOCIATION OF COUNSEL

1

**PLEASE TAKE NOTICE** that Alex L. Benedict, attorney of record for Defendants, Minh Tuong Nguyen and Ngan Thi Kim Tran, hereby associates Jackman Law, P.C. and attorney Ryan E. Jackman as co-counsel in this matter. The name, office address, telephone number, and email address of the associated counsel are as follows:

> Ryan E. Jackman, Esq. (SBN: 336617)
> **Jackman Law, P.C.**
> 25152 Springfield Court, Suite 390
> Valencia, CA 91355
> T: (661) 502-6244
> E: ryan@jackman.law

Dated: February 26, 2024

THE LAW OFFICES OF ALEX L.
BENEDICT & ASSOCIATES

Alex Benedict, Esq.
Attorney for Defendants

Dated: February 26, 2024

**JACKMAN LAW, P.C.**

Ryan E. Jackman, Esq.
Attorney for Defendants

NOTICE OF ASSOCIATION OF COUNSEL

2

PROOF OF SERVICE

STATE OF CALIFORNIA            ) ss.
COUNTY OF LOS ANGELES          )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is, 25152 Springfield Ct., Ste. 390, Valencia, CA 91355, Phone: (661) 502-6244. On February 26, 2024, I served the foregoing documents described as:

**NOTICE OF ASSOCIATION OF COUNSEL**

on the parties in this action as set forth on the attached service list.

_X_     **BY MAIL:** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Valencia, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

\_\_\_     **BY EXPRESS OVERNIGHT MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Valencia, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

_X_     **ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission as personal service, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the service list below.

\_\_\_     **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 26, 2024 at Valencia, California.

*Beatriz Cuenco*
_____
Beatriz Cuenco

PROOF OF SERVICE

1

## SERVICE LIST

Michael G. Freedman
The Freedman Firm PC
10100 Santa Monica Blvd.
Suite 300
Los Angeles, CA 90067
T: (310) 285-2210
E: michael@thefreedmanfirm.com
Attorney for Plaintiff, Ngoc Tuyet Lam

PROOF OF SERVICE

2

# EXHIBIT 2



**9:48** 🔕                              ::!! 4G 🔋

‹ 23   **Anh Alex @ Law USA**           📹   📞
            lần thấy cuối: hôm nay lúc 6:17 SA

                              4:27 SA

            ◌ *Bạn đã xoá tin nhắn này.* 6:42 SA

            What was the result?   6:42 SA ✓✓

            Can I go to America again?   6:42 SA ✓✓

            ◌ *Bạn đã xoá tin nhắn này.* 6:43 SA

            Thank you, You tried so hard !   6:43 SA ✓✓

You lost   10:43 SA

📞 **Cuộc gọi thoại nhỡ**
   Nhấn để gọi lại        11:07 CH

                    **Th 4, 2 thg 7**

📄 **2025.05.21 Minute Order.pdf**
   5 trang · 103 KB · pdf

                    11:23 CH

              **Th 5, 3 thg 7**

          📞 **Cuộc gọi thoại**         ↗ Tuong Minh Nguyen's
             Không trả lời   6:58 SA      call to Alex with no answer

+                          🗨  📷  🎤

─────────────

1



9:48

‹ 23  **Anh Alex @ Law USA**
lần thấy cuối: hôm nay lúc 6:17 SA

**Tentative Ruling for motion on 5-21-25.pdf**
11 trang · 141 KB · pdf

You lost the case because Tuyet hasn't notified her attorney about your settlement yet and sanctioned you
4:27 SA

🚫 Bạn đã xoá tin nhắn này. 6:42 SA

What was the result? 6:42 SA ✓✓

Can I go to America again? 6:42 SA ✓✓  ← Tuong Minh Nguyen wanted to go to the U.S. but Alex did not agree

🚫 Bạn đã xoá tin nhắn này. 6:43 SA

Thank you, You tried so hard ! 6:43 SA ✓✓

You lost 10:43 SA

📞 **Cuộc gọi thoại nhỡ**
Nhấn để gọi lại          11:07 CH

**Th 4, 2 thg 7**

2



**9:48**

**4G**

< 23  **Anh Alex @ Law USA**
lần thấy cuối: hôm nay lúc 6:17 SA

**Real bill value checker**

Show rates for cash

Currency Converter **Get widget**

500000000

VND
Vietnamese Dong

19,253.7256

USD
US Dollar

CALC

**BIRTHDAYS OF SOULMATES**

Yes Sir  8:31 SA

21 thg 5, 2025

Tentative Ruling for motion on 5-21-25.pdf
11 trang · 141 KB · pdf

You lost the case because Tuyet hasn't

+



**9:48**

‹ 23    **Anh Alex @ Law USA**
lần thấy cuối: hôm nay lúc 6:17 SA

**ACB | PRIVILEGE** BANXING

Chuyển tiền thành công!

**300.000.000 VND**

Ba trăm triệu đồng

| | |
|---|---|
| Từ | NGUYEN TUONG MINH |
| | ******99 |
| Đến | LAM NGOC TUYET |
| | VIETCOMBANK - NH TMCP NGOAI THUONG |
| | 0071001291637 |
| Chuyển lúc | 27/02/2025, 23:17:54 |
| Phí | Miễn phí |
| Mã giao dịch | 5126 |

Nội dung

TIEN LUAT SU VE VIET

1/ Time 1: 02/04/2025: 499.999.999 VND

2/ Time 2: 02/27/2025: 300.000.000 VND

3/ Time 3: 05/07/2025: 499.000.000 VND

4/ Time 4: 05/07/2025: 499.999.999 VND

8:07 SA

**Real bill value** checker

**9:48**      4G

< 23   **Anh Alex @ Law USA**
lần thấy cuối: hôm nay lúc 6:17 SA

Where is your receipt   8:00 SA

Yesterday, 1 billions VND, equivalent to
38.461 USD                    8:01 SA ✓✓

**Chuyển tiền thành công!**

### 499,999.999 VND

Bốn trăm chín mươi chín triệu chín trăm chín
mươi chín nghìn chín trăm chín mười chín đồng

| | |
|---|---|
| Từ | **NGUYEN TUONG MINH** |
| | ••••••99 |
| Đến | **LAM NGOC TUYET** |
| | VIETCOMBANK - NH TMCP NGOAI THUONG |
| | 0071001291637 |
| Chuyển lúc | 04/02/2025, 16:52:54 |
| Phí | Miễn phí |
| Mã giao dịch | 5115 |

Nội dung

CHUYEN TIEN THEO DE NGHI BA LAM
NGOC TUYET LAN 1-040225-16:52:53
945710

 **ACB** | P R I V I L E G E
                BANKING

**Chuyển tiền thành công!**

### 300.000.000 VND

Ba trăm triệu đồng

| | |
|---|---|
| Từ | **NGUYEN TUONG MINH** |
| | ••••••99 |
| Đến | **LAM NGOC TUYET** |
| | VIETCOMBANK - NH TMCP NGOAI THUONG |

+

5

# EXHIBIT 3

Hai H. Lai
State Bar No. 193357
Law Office of Hai H. Lai
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708
Telephone (714) 593-5800
Facsimile (714) 200-0221
attorney_lai@yahoo.com

Attorney for Plaintiff NGOC TUYET LAM

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE, NORTH JUSTICE CENTER

| | |
|---|---|
| NGOC TUYET LAM, | Case No.: 30-2022-01253059-CU-OR-NJC |
| Plaintiff, | NOTICE OF NON-OPPOSITION TO PLAINTIFF NGOC TUYET LAM'S |
| vs. | MOTION TO DEEM FACTS ADMITTED AND MOTIONS TO COMPEL |
| MINH TUONG NGUYEN, (aka NGUYEN TUONG MINH), NGAN THI KIM TRAN, and DOES 1-20, inclusive, | PRODUCTION |
| | Hearing Date:  November 20, 2024 |
| | Hearing Time:  10:00 a.m. |
| Defendants. | Dept.:          N18 |
| | Judge:          Hon. Scott A. Steiner |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 20, 2024, at 10:00 a.m. in Department N18 of the above-entitled Court, located at 1275 North Berkeley Avenue, Fullerton, CA 92832, plaintiff NGOC TUYET LAM will move this Court for an Order Finding Genuineness of Documents Specified in Requests For Admissions, Set Two, Be Deemed Admitted against defendant MINH TUONG NGUYEN. Plaintiff NGOC TUYET LAM will also move this Court for Orders, compelling defendants MINH TUONG NGUYEN and NGAN THI KIM TRAN to

1

**NOTICE OF NON-OPPOSITION**

provide further responses and produce documents pursuant to the Motions for Compel Further Responses to the Demand For Production of Documents, Set Two.

NOTICE is also given that since the filing of the motions, NO OPPOSITION has been filed nor served by either defendant MINH TUONG NGUYEN or NGAN THI KIM TRAN in this matter.  California Code of Civil Procedure Section 1015 (b) requires in pertinent parts:

"All papers opposing a motion so noticed shall be filed with the court and a copy served on each party at least nine court days, and all reply papers at least five court days before the hearing".

Having received no Opposition from neither defendant MINH TUONG NGUYEN nor NGAN THI KIM TRAN, plaintiff NGOC TUYET LAM respectfully requests that the relief requested in the original Motions be granted.

Dated: November 13, 2024

By: _____
Hai H. Lai
Attorney for Plaintiff
NGOC TUYET LAM

2

NOTICE OF NON-OPPOSITION

**Case Name:** **Lam v. Nguyen, et al.**
**Case No.:**     **30-2022-01253059-CU-OR-NJC**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9550 Warner Avenue, Suite 250, Fountain Valley, CA 92708.

On 11/13/2024, I served the foregoing document described as: Notice of Non-Opposition in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Mr. Alex L. Benedict                         Mr. Ryan Jackman
Alex L. Benedict & Associates        Jackman Law P.C.
10055 Slater Avenue, Ste 263         25152 Springfield Court, Ste 390
Fountain Valley, CA 92708              Valencia, CA 91355

( )     by overnight delivery via Federal Express pursuant to Code of Civil Procedure Section 1013.
( )     by Facsimile. I faxed said document(s) pursuant to Rules of Court Rule 2008, on _____, at approximately   p.m. from my facsimile telephone number 714-200-0221.
The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A copy of the transmission report is attached to this proof of service.
( )     by electronic delivery to:
(X)     by mail as follows: I am "readily familiar" with the form's practice of collecting and processing correspondence for mailing. Under such practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully paid at Fountain Valley, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

(X)     (STATE)       I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on 11/13/2024 at Fountain Valley, California.

By:  _____

HAI H. LAI

NOTICE OF NON-OPPOSITION

# EXHIBIT 4

## SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
## NORTH JUSTICE CENTER

## MINUTE ORDER

DATE: 05/21/2025            TIME: 10:00:00 AM     DEPT: N18

JUDICIAL OFFICER PRESIDING: Scott A Steiner
CLERK: L. Chico
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: L. Diaz

CASE NO: **30-2022-01253059-CU-OR-NJC**    CASE INIT.DATE: 04/04/2022
CASE TITLE: **Lam vs. Nguyen**
CASE CATEGORY: Civil - Unlimited     CASE TYPE: Other Real Property

---

EVENT ID/DOCUMENT ID: 74557320

**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: Ngoc Tuyet Lam
CAUSAL DOCUMENT/DATE FILED: Motion for Terminating Sanctions, 05/05/2025

---

EVENT ID/DOCUMENT ID: 74557321

**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: Ngoc Tuyet Lam
CAUSAL DOCUMENT/DATE FILED: Motion for Termination of Sanctions, 03/06/2025

---

EVENT ID/DOCUMENT ID: 74557322

**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: Ngoc Tuyet Lam
CAUSAL DOCUMENT/DATE FILED: Motion for Termination of Sanctions, 03/06/2025
Additional events listed on last page.

---

**APPEARANCES**
Hai H. Lai, from Law Office of Hai H. Lai, present for Plaintiff(s) remotely.

---

Tentative ruling posted on the internet.

Hearing held, all participants appearing remotely.

In open court at 10:16 AM, there is no appearance on behalf of defendants.

The Court modifies the tentative ruling as follows:

Plaintiff Ngoc Lam's ("Plaintiff") motions for terminating and monetary sanctions, and to strike the answer of defendants Minh T. Nguyen and Ngan T. K. Tran (collectively, "Defendants"), are granted. (ROA 264, 268.)

CCP section 2023.030 outlines the various sanctions that may be imposed "against anyone engaging in conduct that is a misuse of the discovery process," including: monetary sanctions, issue sanctions, evidence sanctions, a terminating sanction, and a contempt sanction. These sanctions may be imposed

---

DATE: 05/21/2025                          MINUTE ORDER                     Page 1
DEPT: N18                                                       Calendar No.

CASE TITLE: Lam vs. Nguyen                         CASE                                    NO:
                                                   **30-2022-01253059-CU-OR-NJC**

by the court, "after notice to any affected party, person, or attorney, and after opportunity for hearing." (Code Civ. Proc., § 2023.030.) Failure to respond to an authorized method of discovery is a misuse of the discovery process. (Code Civ. Proc. § 2023.010, subd. (d).) So, too, is disobeying "a court order to provide discovery." (Code Civ. Proc. § 2023.010, subd. (g).) "Once a party or witness has been ordered to attend a deposition, or to answer discovery, or to produce documents, more severe sanctions are available for continued refusal to make discovery." (Cal. Prac. Guide Civ. Pro. Before Trial at ¶ 8:2145, emphasis in original.)

Generally, terminating sanctions should be imposed only if the court has found a willful failure to comply (R.S. Creative, Inc. v. Creative Cotton, Ltd. (1999) 75 Cal.App.4th 486, 496); or, if it appears the "conduct was clear and deliberate, and "no lesser alternatives would remedy the situation" (Del Junco v. Hufnagel (2007) 150 Cal.App.4th 789, 799-800.) The burden of showing sanctions are not justified, i.e., that the responding party did not willfully fail to perform, lies with the responding party. (See Corns v. Miller (1986) 181 Cal.App.3d 195, 201.)

Here, Plaintiff has established that Defendants Tran and Nguyen have each failed to comply with this Court's 11/20/24 and 12/4/24 discovery orders. (ROA 264, 268.) Plaintiff's counsel attests that Defendants have not provided any of the court-ordered discovery responses (nor have Defendants paid any of the monetary sanctions). (Lai Decls. at ¶¶ 4-6.) This discovery encompassed basic information and documents Plaintiff would need to prosecute this action. For example, Plaintiff asked for documents that reflect deposits, transfers or withdrawal of the money that Plaintiff allegedly gave to Defendants. Despite Defendants' promises that supplemental responses would be served, or that documents would be produced, nothing further has been provided. (Lai Decls. at ¶ 4, Exh. 3.)

Further, Defendants' counsel was unable to explain to the court the reason for Defendants' discovery violations; and, Defendants have not provided any assurance that these violations would be cured. (ROA 306—Lai Supp. Decl. at ¶ 2.) As such, and based in part on the representations of defense counsel who appeared on the ex parte (ROA 290) hearings of May 6 and 7, 2025, the Court finds Defendants have failed to comply with their discovery obligations, and that their failure is unduly prejudicial to Plaintiff. Defense counsel appearing for counsel of record (Alex Benedict) at the ex parte of May 6 (Ryan Jackman) was given every opportunity to explain the failure to comply with any of the Court's previous discovery orders. Unable to do so, the Court ordered counsel of record (Mr. Benedict) to appear the next day. Without explanation, Mr. Benedict did not appear, however, despite this order. Counsel who did appear for Mr. Benedict on May 7 (John Hamilton, from Mr. Benedict's office) also had no adequate explanation, and conceded that in fact the Court's discovery orders had in fact been ignored. The Court was presented with some explanation that Mr. Benedict had been involved in a "car accident" and had "brain injuries." Incredibly, and in response to the Court's questions as to whether Mr. Benedict was unable to represent the defendants, Mr. Hamilton stated Mr. Benedict would be representing the defendants in the rapidly approaching jury trial. The failure to comply with the Court's discovery orders can be described as nothing less than "willful." Based on Defendants' actions (and inaction), it appears "lesser" sanctions would not be effective in compelling Defendants' compliance.

Thus, as set forth above, unless Defendants appear at the hearing and show their failure to comply with the discovery orders was not willful, the court intends to grant these motions and to order the Clerk to strike Defendants' answer and enter their defaults.

<u>Monetary Sanctions</u>
In connection with these motions, Plaintiff is awarded monetary sanctions in the amount of $1,860 against Defendant Tran, and monetary sanctions in the amount of $960 against Defendant Nguyen. The sanctions are payable within 30 days of the notice of ruling.

In light of the ruling, above, Plaintiff's second motion for terminating sanctions against Defendant Tran (ROA 290) is denied as moot.

---

| CASE TITLE: Lam vs. Nguyen | CASE NO: 30-2022-01253059-CU-OR-NJC |
| --- | --- |

The Jury Trial set for 06/09/25 at 9:00 AM in Department N18 is vacated.

The Order to Show Cause re: default prove-up is scheduled for July 24, 2025, at 9:30AM in Department N18.

Plaintiff to give notice of the ruling.

Court orders Defendants' Answer filed on 02/27/2024 stricken.

The Court orders default entered as to defendants, Minh Tuong Nguyen, AKA Minh, Nguyen, Ngan Thi Kim Tran.

The Jury Trial set for 06/09/2025 at 09:00 AM in Department N18 is vacated.

Court orders clerk to give notice.

ADDITIONAL EVENTS:

EVENT ID/DOCUMENT ID: 74557324
**EVENT TYPE:** Motion for Terminating Sanctions
MOVING PARTY: Ngoc Tuyet Lam
CAUSAL DOCUMENT/DATE FILED: Motion for Terminating Sanctions, 05/05/2025

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>North Justice Center<br>1275 N. Berkeley Ave<br>Fullerton , CA 92838 | |
| --- | --- |
| **SHORT TITLE:** Lam vs. Nguyen | |
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC<br>SERVICE** | **CASE NUMBER:**<br>**30-2022-01253059-CU-OR-NJC** |

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 05/21/25, was transmitted electronically by an Orange County Superior Court email server on May 27, 2025, at 1:48:26 PM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

JACKMAN LAW, P.C.
RYAN@JACKMAN.LAW

LAW OFFICE OF HAI H. LAI
ATTORNEY_LAI@YAHOO.COM

THE LAW OFFICES OF ALEX L. BENEDICT &
ASSOCIATES, APLC
ALEX@LAWALB.COM

THE LAW OFFICES OF ALEX L. BENEDICT &
ASSOCIATES, APLC
ALEXBENEDICT2000@YAHOO.COM

Clerk of the Court, by:

_____ , Deputy

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

# EXHIBIT 5

**From:** Hai Lai <attorney_lai@yahoo.com>
**Date:** March 7, 2025 at 10:23:31 AM PST
**To:** Ryan Jackman <ryan@jackman.law>, "Alex.business Lawyer" <alex@lawalb.com>,
John Hamilton <jm_hamilton15@yahoo.com>
**Subject: Fw: Deposition of Minh Tuong Nguyen**
**Reply-To:** Hai Lai <attorney_lai@yahoo.com>

Dear Counsels,

I am following up on proposed dates for the deposition of defendant Minh Tuong Nguyen. I
need dates for April 2025. Please confer with your client and provide me with the proposed
dates at your earliest convenience.

Hai H. Lai
Law Office of Hai H. Lai
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708
(714) 593-5800; F(714) 200-0221

----- Forwarded Message -----
**From:** Hai Lai <attorney_lai@yahoo.com>
**To:** John Hamilton <jm_hamilton15@yahoo.com>
**Cc:** Alex.business Lawyer <alex@lawalb.com>; Ryan Jackman <ryan@jackman.law>; Esq. Alex
Benedict <alexbenedict2000@yahoo.com>
**Sent:** Saturday, January 18, 2025 at 01:28:12 PM PST
**Subject:** Re: Deposition of Minh Tuong Nguyen

Thank you for getting back on the deposition dates. Unfortunately, I am not available this
coming week due to court appearances. Please give me dates at least two weeks in advance for
the deposition notice and arrangements for the deposition.

Right now, the week of February 3rd is workable for me. In particular, February 4th, 5th and
7th. Please advise as soon as possible which day will work for the parties and counsels. If that
does not work, please let me know if any days on the week of February 10th will work. Thank
you.

Hai H. Lai
Law Office of Hai H. Lai
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708
(714) 593-5800; F(714) 200-0221

On Monday, January 13, 2025 at 03:15:58 PM PST, John Hamilton <jm_hamilton15@yahoo.com> wrote:

1

Dear Hai,

Mr. Nguyen is currently in Vietnam. However, he has indicated that he can fly back for his deposition on January 21, 22, 23, or 24th. Please pick the date that is convenient for you, and I will inform Mr. Nguyen, so he can travel to the US and attend his deposition. Thank you for your anticipated cooperation.

Best,

John Hamilton

On Thursday, December 19, 2024 at 02:23:30 PM PST, Hai Lai <attorney_lai@yahoo.com> wrote:

Dear Mr. Hamilton,

First of all, if you are representing defendant Nguyen, then you will need to enter your appearance on the record. Even Mr. Jackman entered his appearance as "of counsel" on this matter as Mr. Benedict is the counsel of record for defendant Nguyen.

Secondly, your disappointment is far less than mine in seeking the deposition of defendant Nguyen. As you may not be aware, defendant Nguyen has gone out of his way to deny plaintiff her right to conduct discovery in this matter. The court ordered that defendant Nguyen appear in person for his deposition within sixty days. On 10/23/24, we communicated with Mr. Jackman that we need available deposition dates for defendant Minh. Mr. Jackman blew us off for nearly 30 days. On 11/21/24, we again contacted Mr. Jackman for deposition dates, but he never responded.

The deposition dates I offered to you as it was available on my calendar at the time. You took too long to respond and those dates offered are no longer workable. We are trying to comply with the court's orders just like defendant Nguyen. However, I am unable to take defendant Nguyen's deposition on neither 12/18 nor 12/19 as I had matters to tend to, including dealing with the illness and death of a family member yesterday. In any event, I again offered new dates to you and defendant Nguyen that would work right now for my calendar. The court already determined that defendant Nguyen's residence is in Orange County, California. Whether defendant Nguyen chooses to vacation and/or reside in Vietnam is his choice. However, he will need to appear in person for his deposition as ordered by the court.

I will await for defendant Nguyen's response. If I do not hear from you, Mr. Benedict or Mr. Jackman, plaintiff will have no other recourse than to seek the assistance of the court again. Thank you.

Hai H. Lai
Law Office of Hai H. Lai
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708
(714) 593-5800; F(714) 200-0221

On Wednesday, December 18, 2024 at 11:32:09 AM PST, John Hamilton <jm_hamilton15@yahoo.com> wrote:

2

Dear Hai,

I am disappointed that you cannot take our client's deposition on the agreed date i.e, December 19th. We agreed to this date on Dec. 3rd. As you know, our client was ordered to appear for a deposition within 60 days. Accordingly, he flew over from Vietnam and assumed you would take his deposition. I provided you with dates in December and apparently you have conflicts for the entire month. Our client cannot stay until the second week in January for his deposition. If you cannot take his deposition on December 19th, then my client and I are available December 23 or 24th. If you are unavailable on these dates, my client will be unable to attend his deposition in person and we can take his deposition on either Jan. 7th or 8th remotely. Please email me if you want to take his deposition on the dates next week.

If you want to discuss the matter further, please call me.

Best,

John

On Monday, December 16, 2024 at 01:51:35 PM PST, Hai Lai <attorney_lai@yahoo.com> wrote:

I am unavailable for both dates now. I am available for 1/7/25 & 1/8/25. Please let me know asap if these dates will work for your client. I understand that your client will need a Vietnamese interpreter.

Please have your client produce documents as requested in the previous deposition notices. Otherwise, if documents are not produced as requested, plaintiff will be forced to file another motion to compel which will require your client to return for another deposition.

Your immediate response is greatly appreciated.

Hai H. Lai
Law Office of Hai H. Lai
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708
(714) 593-5800; F(714) 200-0221

On Tuesday, December 3, 2024 at 04:10:16 PM PST, Binh Le <binh.lawalb@gmail.com> wrote:

Dear Counsel,

Our client and Mr. Hamilton are available for the deposition on **December 19, 2024**. Please note that our client will require a Vietnamese interpreter.

Please confirm your availability.

Thank you

On Wed, Nov 27, 2024 at 11:50 AM John Hamilton <jm_hamilton15@yahoo.com> wrote:

Hi attorney Lai,

December 8th is a Sunday. Did you mean Dec. 9th and 10th? I am free on the 10th.

Thanks,

John

3

----- Forwarded Message -----
**From:** Hai Lai <attorney_lai@yahoo.com>
**To:** John Hamilton <jm_hamilton15@yahoo.com>
**Sent:** Wednesday, November 27, 2024 at 11:38:42 AM PST
**Subject:** Re: Deposition of Minh Tuong Nguyen

Hello Mr. Hamilton,

I am not available for 12/11/24 due to a calendar conflict. The week of December 9th will not work for me. I am available on 12/8/24 or 12/9/24. Please let me know which day is better for you and your client. As for the production of documents, has your client obtained and secured any of the documents requested to be produce, as contained in the previous deposition notices?

By the way, I served my notice of unavailability to counsels Alex Benedict and Ryan Jackman earlier. I am attaching a copy for your file. Thank you.

Hai H. Lai
Law Office of Hai H. Lai
9550 Warner Avenue, Suite 250
Fountain Valley, CA 92708
(714) 593-5800; F(714) 200-0221


On Wednesday, November 27, 2024 at 11:14:42 AM PST, John Hamilton <jm_hamilton15@yahoo.com> wrote:


Dear attorney Lai,

I am assisting Mr. Benedict's firm with the deposition of Minh Tuong Nguyen. I checked my calendar and I will be available on December 11th. The client is also available. Please confirm that this date is acceptable to you.

If not, please call me at the number below, so we can pick another date during that week.

Best,

John Hamilton

Hamilton Law Offices
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045

Tel: 424-419-4028



--
**Binh Le**
**Legal Assistant**

Alex L. Benedict & Associates
10055 Slater Ave, Suite 263 Fountain Valley, CA 92708
Off: (714) 916-9796
Fax: (714) 487-5105

4

# EXHIBIT 6

CIV-130

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>NAME: HAI H. LAI<br>FIRM NAME: LAW OFFICE OF HAI H. LAI<br>STREET ADDRESS: 9550 WARNER AVENUE, SUITE 250<br>CITY: FOUNTAIN VALLEY        STATE: CA    ZIP CODE: 92708<br>TELEPHONE NO.: 714-593-5800              FAX NO.: 714-200-0221<br>EMAIL ADDRESS: attorney_lai@yahoo.com<br>ATTORNEY FOR (name): NGOC TUYET LAM | STATE BAR NUMBER: 193357 | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE

STREET ADDRESS: 1275 N BERKELEY STREET

MAILING ADDRESS: 1275 N BERKELEY STREET

CITY AND ZIP CODE: FULLERTON, CA 92832

BRANCH NAME: NORTH JUSTICE CENTER

PLAINTIFF/PETITIONER: NGOC TUYET LAM

DEFENDANT/RESPONDENT: MINH TUONG NGUYEN

| NOTICE OF ENTRY OF JUDGMENT<br>OR ORDER<br><br>*(Check one):*    [X] UNLIMITED CASE          [ ] LIMITED CASE<br>                       (Amount demanded          (Amount demanded was<br>                        exceeded $35,000)          $35,000 or less) | CASE NUMBER:<br>30-2022-01253069-CU-OR-NJC |
|---|---|

**TO ALL PARTIES :**

1. A judgment, decree, or order was entered in this action on *(date):* 07/23/2025

2. A copy of the judgment, decree, or order is attached to this notice.

Date: 7/25/2025

HAI H. LAI

(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)        (SIGNATURE)

Form Approved for Optional Use
Judicial Council of California
CIV-130 [Rev. January 1, 2024]

**NOTICE OF ENTRY OF JUDGMENT OR ORDER**

www.courts.ca.gov

CIV-130

| PLAINTIFF/PETITIONER: NGOC TUYET LAM | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MINH TUONG NGUYEN | 30-2022-01253069-CU-OR-NJC |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF ENTRY OF JUDGMENT OR ORDER

*(NOTE: You cannot serve the Notice of Entry of Judgment or Order if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. I am at least 18 years old and not a party to this action. I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify)*:
9550 WARNER AVENUE, SUITE 250, FOUNTAIN VALLEY, CA 92708

2. I served a copy of the *Notice of Entry of Judgment or Order* by enclosing it in a sealed envelope with postage fully prepaid and *(check one)*:

    a. ☐ deposited the sealed envelope with the United States Postal Service.

    b. ☒ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Entry of Judgment or Order* was mailed:

    a. on *(date)*: 7/26/2025

    b. from *(city and state)*: FOUNTAIN VALLEY, CALIFORNIA

4. The envelope was addressed and mailed as follows:

    a. Name of person served:
    Jedediah N. Thurkettle
    Street address: 10055 Slater Ave., Ste 263
    City: Fountain Valley
    State and zip code: California 92708

    b. Name of person served:
    Ryan E Jackman
    Street address: 25152 Springfield Court, Ste 390
    City: Valencia
    State and zip code: California 91355

    c. Name of person served:
    Alex L. Benedict
    Street address: 10055 Slater Ave., Ste 263
    City: Fountain Valley
    State and zip code: California 92708

    d. Name of person served:

    Street address:
    City:
    State and zip code:

    ☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

5. Number of pages attached:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/26/2025

HAI H. LAI
_____
(TYPE OR PRINT NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

Page 2 of 2

CIV-130 [Rev. January 1, 2024]          **NOTICE OF ENTRY OF JUDGMENT OR ORDER**

Electronically Received by Superior Court of California, County of Orange, 06/20/2025 08:00:00 AM.
30-2022-01253069-CU-OR-NJC - ROA # 323 - DAVID H. YAMASAKI, Clerk of the Court By N. Dorfman, Deputy Clerk.

**JUD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 193357 | FOR COURT USE ONLY |
|---|---|---|

NAME: HAI H. LAI
FIRM NAME: LAW OFFICE OF HAI H. LAI
STREET ADDRESS: 9550 WARNER AVENUE, SUITE 250
CITY: FOUNTAIN VALLEY    STATE: CA    ZIP CODE: 92708
TELEPHONE NO.: 714-593-5800    FAX NO.:
E-MAIL ADDRESS: attorney_lai@yahoo.com
ATTORNEY FOR (name): NGOC TUYET NGUYEN

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 1275 N BERKELEY STREET
MAILING ADDRESS: 1275 N BERKELEY STREET
CITY AND ZIP CODE: FULLERTON, CA 92832
BRANCH NAME: NORTH JUSTICE CENTER

PLAINTIFF: NGOC TUYET LAM

DEFENDANT: MINH TUONG NGUYEN, et al.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JUL 23 2025**

DAVID H. YAMASAKI, Clerk of the Court

BY: _L. Diaz_ DEPUTY

| JUDGMENT | | CASE NUMBER: |
|---|---|---|
| [ ] By Clerk    [X] By Default    [ ] After Court Trial | | 30-2022-01253069-CU-OR-NJC |
| [X] By Court    [ ] On Stipulation    [ ] Defendant Did Not Appear at Trial | | |

**JUDGMENT**

1. [X] BY DEFAULT

    a. Defendant was properly served with a copy of the summons and complaint.

    b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law ~~~~~~~~~~~.

    c. Defendant's default was entered by the ~~clerk~~ court upon plaintiff's application.

    d. [ ] Clerk's Judgment (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.

    e. [X] Court Judgment (Code Civ. Proc., § 585(b)). The court considered

        (1) [ ] plaintiff's testimony and other evidence.

        (2) [X] plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. [ ] ON STIPULATION

    a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and

    b. [ ] the signed written stipulation was filed in the case.

    c. [ ] the stipulation was stated in open court    [ ] the stipulation was stated on the record.

3. [ ] AFTER COURT TRIAL. The jury was waived. The court considered the evidence.

    a. The case was tried on (date and time):

    before (name of judicial officer):

    b. Appearances by

        [ ] plaintiff (name each):            [ ] plaintiff's attorney (name each):

        (1)                                    (1)

        (2)                                    (2)

        [ ] Continued on Attachment 3b.

        [ ] defendant (name each):            [ ] defendant's attorney (name each):

        (1)                                    (1)

        (2)                                    (2)

        [ ] Continued on Attachment 3b.

    c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.

    d. [ ] A statement of decision (Code Civ. Proc., § 632)    [ ] was not    [ ] was    requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 (Rev. January 1, 2025)

**JUDGMENT**

Code of Civil Procedure, §§ 585, 664.6
www.courts.ca.gov

|  |  | JUD-100 |
|---|---|---|
| PLAINTIFF: NGOC TUYET LAM | | CASE NUMBER: |
| DEFENDANT: MINH TUONG NGUYEN, et al. | | 30-2022-01253059-CU-OR-NJC |

**JUDGMENT IS ENTERED BY** [X] **THE COURT** [ ] **THE CLERK AS FOLLOWS:**

4. [ ] Stipulated Judgment. Judgment is entered according to the stipulation of the parties.

5. Parties. Judgment is

a. [X] for plaintiff (name each):
NGOC TUYET LAM

c. [ ] for cross-complainant (name each):

and against defendant (names):
MINH TUONG NGUYEN (aka NGUYEN TUONG MINH)

and against cross-defendant (name each):

[X] Continued on Attachment 5a.

[ ] Continued on Attachment 5c.

b. [ ] for defendant (name each):

d. [ ] for cross-defendant (name each):

6. Amount.

a. [X] Defendant named in item 5a above must pay plaintiff on the complaint

c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint

| (1) [X] Damages | $ | 1,672,952.48 | (1) [ ] Damages | $ |
|---|---|---|---|---|
| (2) [X] Prejudgment interest at the annual rate of 10.00 % | $ | 389,515.94 | (2) [ ] Prejudgment interest at the annual rate of % | $ |
| (3) [X] Attorney fees | $ | 118,606.95 | (3) [ ] Attorney fees | $ |
| (4) [X] Costs | $ | 5,482.36 | (4) [ ] Costs | $ |
| (5) [ ] Other (specify): | $ | | (5) [ ] Other (specify): | $ |
| (6) TOTAL | $ | | (6) TOTAL | $ |

b. [ ] Plaintiff to receive nothing from defendant named in item 5b.

[ ] Defendant named in item 5b to recover costs: $

[ ] and attorney fees: $

d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.

[ ] Cross-defendant named in item 5d to recover costs: $

[ ] and attorney fees: $

7. [ ] Judgment debtor is a natural person, and as provided in the relevant statute,

$ ____ of this judgment is on a claim related to medical expenses (Code Civ. Proc., §§ 683.110, 685.010)

$ ____ of this judgment is on a claim related to personal debt (Code Civ. Proc., §§ 683.110, 685.010), which includes: $ ____ concerning consumer debt (Code Civ. Proc., § 706.111).

8. [X] Other (specify):

CONTINUED ON ATTACHMENT 8

Date: 7.23.25

[ ] _____  SCOTT A. STEINER  Deputy
JUDICIAL OFFICER

Date: _____  [ ] Clerk, by _____ , Deputy

(SEAL)

**CLERK'S CERTIFICATE** (optional)
I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____ , Deputy

JUD-100 [Rev. January 1, 2025]          **JUDGMENT**          Page 2 of 2

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LAM v. NGUYEN, et al. | 30-2022-01253059-CU-OR-NJC |

**ATTACHMENT (Number): 5a**

*(This Attachment may be used with any Judicial Council form.)*

and against defendant (names):

NGAN THI KIM TRAN (aka TRAN THI KIM NGAN)

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___1___ of ___1___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| NGOC TUYET LAM v. MINH TUONG NGUYEN, et al. | 30-2022-01253059-CU-OR-NJC |

**ATTACHMENT** *(Number):* 8

*(This Attachment may be used with any Judicial Council form.)*

IT IS HEREBY ORDERED THAT:

1. Title Quieted in Favor of Plaintiff:

Title to the real property commonly known as 9872 Flamingo Avenue, Fountain Valley, CA 92708, legally described as Lot 44 of Tract No. 4895, as per map recorded in Book 184, Pages 5 to 7 inclusive of Miscellaneous Maps, in the Office of the County Recorder of Orange County, California (APN: 157-042-01), is hereby quieted in favor of Plaintiff Ngoc Tuyet Lam as the sole owner in fee simple interest, as of December 1, 2021.

2. Defendant's Claims Extinguished:

Any and all claims, rights, or interests in the Flamingo Property asserted by Defendant Ngan Thi Kim Tran, including but not limited to any claim of co-ownership or joint tenancy, are hereby declared null, void, and without legal or equitable basis, and constitute a cloud on Plaintiff's title that is hereby removed.

3. Court-Appointed Authority to Execute the Quitclaim Deed:

The court clerk is hereby appointed to execute the quitclaim deed on Defendant's behalf, pursuant to CCP § 262.8.

4. Recording of Order:

Plaintiff Ngoc Tuyet Lam is authorized to record a certified copy of this Order and Quitclaim Deed with the Orange County Recorder's Office to reflect her sole ownership of the Flamingo Property and to remove any cloud on title caused by Defendant Tran's claims.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __1__ of __1__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

# EXHIBIT 7

**RECORDING REQUESTED BY:**
Ticor Title Company of California

**Escrow No.:** 00930910-001-SH0
**Title No.:** 00930910

**WHEN RECORDED MAIL DOCUMENT AND TAX STATEMENT TO:**
Tuong Minh Nguyen
10582 Villa Del Cerro
Santa Ana, CA 92705

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

185.00
*$ R 0 0 1 4 1 1 7 4 4 6 $ *
**2022000412088 1:45 pm 12/19/22**
376 419A D11 A36   6
0.00 0.00 0.00 0.00 15.00 0.00 0.000.00150.00 6.00

---

**APN:** 372-521-31

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DEED OF TRUST WITH ASSIGNMENT OF RENTS

This DEED OF TRUST, made   **December 15, 2022**   , between

**Tuong Minh Nguyen, a married man as his sole and separate property,** herein called TRUSTOR,
whose address is **10582 Villa Del Cerro, Santa Ana, CA 92705**

| (Number and Street) | (City) | (State) | (Zip) |

**Ticor Title Company of California,** a California Corporation, herein called TRUSTEE, and

**PDA Inc, a California corporation,** herein called BENEFICIARY,

Trustor irrevocably grants, transfers and assigns to Trustee in Trust, with Power of Sale, that property in the City of **Villa Park,** County of **Orange,** California, described as:

**SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF**
**Commonly known as: 18462 Villa Drive, Villa Park, CA 92861**

Together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

**For the Purpose of Securing** (1) Payment of the indebtedness evidence by one promissory note of even date herewith executed by Trustor in favor of Beneficiary or order in the principal sum of $200,000.00 (2) Performance of each agreement of Trustor contained herein or incorporated by reference. (3) Payment of additional sums may hereafter be borrowed from Beneficiary by the then record owner of said property, when evidenced by another promissory note (or Notes) reciting it is so secured.
**To protect the security of this Deed of Trust, Trustor agrees:** By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (5), inclusive, of Section A and provisions (1) to (10), inclusive, of Section B of the fictitious deed of trust recorded in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, vis.:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3788 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4788 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |

Deed of Trust with Assignment of Rents
SFDOT (DSI Rev. 4/6/18)

Last Saved:  12/16/2022 11:53 AM by SH0
Escrow No. : 00930910-001-SH0

| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego SERIES 5 Book 1964, Page 149774 |

(which provisions, identical in all counties are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in the Deed of Trust.

**The undersigned Trustor,** requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at this address hereinbefore set forth.

**Tuong Minh Nguyen**

Dated: __December 16, 2022__

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of __California__ )  SS:
County of __ORANGE__ )

On __DECEMBER 16, 2022__ before me, __THOI HUU NGUYEN, NOTARY PUBLIC__

a Notary Public, personally appeared __TUONG MINH NGUYEN__

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  (Seal)

THOI HUU NGUYEN
Notary Public - California
Orange County
Commission # 2415812
My Comm. Expires Sep 20, 2026

## EXHIBIT A

## Legal Description

THE LAND REFERRED TO HEREIN BELOW IS SITUATED VILLA PARK, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL A:

PARCEL 2, AS SHOWN ON PARCEL MAP NO. 95-142, IN THE CITY OF VILLA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 287, PAGES 49 AND 50, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL B:

A 25 FOOT WIDE EASEMENT FOR INGRESS, EGRESS, AND UTILITY PURPOSES, OVER PARCELS 1 AND 2 AS SHOWN ON PARCEL MAP NO. 89-275, AS PER MAP RECORDED IN BOOK 268 PAGES 48 THROUGH 50, INCLUSIVE OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**DO NOT RECORD**

The following is a copy of Subdivision A and B of the fictitious Deed of Trust recorded in each county in California as stated in the foregoing Deed of Trust and incorporated by reference is said Deed of Trust as being a part thereof as if set forth at length therein.

A. To protect the security of this Deed of Trust, Trustor agrees:

(1)   To keep said property in good condition and repair not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefore; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon, not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general.

(2)   To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(3)   To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.

(4)   To pay: at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(5)   To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

B.     It is mutually agreed:

(1)   That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

(2)   That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(3)   That at any time or from time to time, without liability therefore and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plate thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(4)   That upon written request of beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention or other disposition as Trustee in its sole discretion may choose and upon payment of its fees, Trustee shall reconvey, without warranty, the property then hereunder. The recitals in such reconveyance of any matter or facts shall be conclusive proof of the truthfulness thereof. The Grantee in such reconveyance may be described as "the person or persons legally entitled thereto."

(5)   That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuances of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default,

Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues, and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(6)    That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale, Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the persons legally entitled thereto.

(7)    Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

(8)    That this Deed applies to, insures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledges, of the note secured hereby, whether or not named as Beneficiary herein. In this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(9)    That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

## REQUEST FOR FULL RECONVEYANCE

TO TICOR TITLE COMPANY OF CALIFORNIA, TRUSTEE:

The undersigned is the legal owner and holder of the note or notes, and of all other indebtedness secured by the foregoing Deed of Trust. Said note or notes, together with all other indebtedness secured by said Deed of Trust, have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel said note or notes above mentioned, and all other evidences of indebtedness secured by said Deed of Trust delivered to you herewith, together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, all the estate now held by you under the same.

Dated _____

_____

Signature must be notarized

_____

Please mail Deed of Trust,
Note and Reconveyance to _____

**Do not lose or destroy this Deed of Trust OR THE NOTE which it secures. Both must be delivered to the Trustee for cancellation before reconveyance will be made.**

Dated:  December 15, 2022

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of ___California_____ )
County of _____ )  SS:

On _____ before me, _____

a Notary Public, personally appeared _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

# EXHIBIT 8



**S**

# State of California
## Secretary of State

STATEMENT OF INFORMATION
(Domestic Stock Corporation)

**E-407518**

## FILED
In the office of the Secretary of State
of the State of California

### May - 11 2007

This Space For Filing Use Only

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)
C2298892
PDA, INC.

18 TECHNOLOGY DRIVE  173
IRVINE, CA 92618

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 18 TECHNOLOGY DRIVE  173  IRVINE, CA  92618 | | |

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 4. CHIEF EXECUTIVE OFFICER/ | ALEX L. BENEDICT  18 TECHNOLOGY DRIVE  173  IRVINE, CA 92618 | | |
| 5. SECRETARY/ | MAI N. LYVU  18 TECHNOLOGY DRIVE  173  IRVINE, CA 92618 | | |
| 6. CHIEF FINANCIAL OFFICER/ | MICHAEL  D.  VU  18 TECHNOLOGY DRIVE  173  IRVINE, CA 92618 | | |

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 7. NAME  ALEX L. BENEDICT | 18 TECHNOLOGY DRIVE  IRVINE, CA 92618 | | |
| 8. NAME  MAI N. LYVU | 18 TECHNOLOGY DRIVE  IRVINE, CA 92618 | | |
| 9. NAME  MICHAEL D. VU | 18 TECHNOLOGY DRIVE  IRVINE, CA 92618 | | |

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTIONS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.

11. NAME OF AGENT FOR SERVICE OF PROCESS

ALEX L. BENEDICT

| 12. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 17111 BEACH BLVD., STE. 201  HUNTINGTON BEACH, CA 92647 | | | |

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

REAL ESTATE FINANCE

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| MICHAEL D. VU | | CFO | 05/11/2007 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-200 C (REV 03/2005)                    APPROVED BY SECRETARY OF STATE

## Source Information

| | |
|---|---|
| **Information Current Through:** | 02/09/2026 |
| **Database Last Updated:** | 02/10/2026 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 02/10/2026 |
| **Source:** | CALIFORNIA SECRETARY OF STATE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY.
CERTIFICATION CAN ONLY BE OBTAINED THROUGH
THE SACRAMENTO OFFICE OF THE CALIFORNIA
SECRETARY OF STATE.

## Company Information

| | |
|---|---|
| **Name:** | PDA, INC. |
| **Address:** | 18 TECHNOLOGY DRIVE 173 IRVINE, CA 92618 UNITED STATES |

## Filing Information

| | |
|---|---|
| **Business Type Detail:** | REAL ESTATE FINANCE |
| **Identification Number:** | 2298892 |
| **Filing Date:** | 10/17/2003 |
| **State of Incorporation:** | CALIFORNIA |
| **Status:** | SUSPENDED - FTB |
| **Business Type:** | STOCK CORPORATION - CA - GENERAL |
| **Where Filed:** | SECRETARY OF STATE/ CORPORATIONS DIVISION 1500-11TH STREET SACRAMENTO, CA 95814 |

## Registered Agent Information

| | |
|---|---|
| **Name:** | ALEX L. BENEDICT |
| **Address:** | 17111 BEACH BLVD. STE. 201 HUNTINGTON BEACH, CA 92647 UNITED STATES |

## Principal Information

| | |
|---|---|
| **Name:** | ALEX L. BENEDICT |
| **Title:** | CHIEF EXECUTIVE OFFICER |
| **Address:** | 18 TECHNOLOGY DRIVE 173 IRVINE, CA 92618 UNITED STATES |
| **Name:** | ALEX L. BENEDICT |
| **Title:** | DIRECTOR |
| **Address:** | 18 TECHNOLOGY DRIVE IRVINE, CA 92618 UNITED STATES |
| **Name:** | MAI N. LYVU |
| **Title:** | DIRECTOR |
| **Address:** | 18 TECHNOLOGY DRIVE IRVINE, CA 92618 UNITED STATES |
| **Name:** | MAI N. LYVU |
| **Title:** | SECRETARY |
| **Address:** | 18 TECHNOLOGY DRIVE 173 IRVINE, CA 92618 UNITED STATES |
| **Name:** | MICHAEL D. VU |
| **Title:** | CHIEF FINANCIAL OFFICER |

Thomson Reuters. No claim to original U.S. Government Works.                          224

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

# EXHIBIT 9



BA20221130845



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20221130845 |
| Date Filed: 11/15/2022 |

### Entity Details

| | |
| --- | --- |
| Corporation Name | PDA INC |
| Entity No. | 4812449 |
| Formed In | CALIFORNIA |

### Street Address of Principal Office of Corporation

| | |
| --- | --- |
| Principal Address | 10055 SLATER AVE SUITE 216 FOUNTAIN VALLEY, CA 92708 |

### Mailing Address of Corporation

| | |
| --- | --- |
| Mailing Address | 10055 SLATER AVE, SUITE 216 FOUNTAIN VALLEY, CA 92708 |
| Attention | |

### Street Address of California Office of Corporation

| | |
| --- | --- |
| Street Address of California Office | None |

### Officers

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ➕ Michael Vu | 10055 SLATER AVE SUITE 216 IRVINE, CA 92604 | Chief Executive Officer, Secretary |
| ➕ Mai N Lyvu | 10055 SLATER AVE SUITE 216 IRVINE, CA 92604 | Chief Financial Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

### Directors

| Director Name | Director Address |
| --- | --- |
| ➕ Michael Vu | 10055 SLATER AVE SUITE 216 FOUNTAIN VALLEY, CA 92708 |
| ➕ Mai LyVu | 10055 SLATER AVE SUITE 216 FOUNTAIN VALLEY, CA 92708 |

The number of vacancies on Board of Directors is: 0

### Agent for Service of Process

| | |
| --- | --- |
| Agent Name | ALEX BENEDICT, ESQ. |
| Agent Address | 10055 SLATER AVE, SUITE 263 FOUNTAIN VALLEY, CA 92708 |

### Type of Business

| | |
| --- | --- |
| Type of Business | Real Estate Investment |

B1251-6603 11/15/2022 7:07 PM Received by California Secretary of State

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Michael Vu*
_____
Signature

*11/15/2022*
_____
Date

B1251-6604 11/15/2022 7:07 PM Received by California Secretary of State

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9140 Trask Ave, Suite 100, Garden Grove, CA 92844

A true and correct copy of the foregoing document entitled (specify): OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MINH TUONG NGUYEN IN SUPPORT; DECLARATION OF MINH TUONG NGUYEN IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) __05/26/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Paul Nguyen (Plaintiff), 16027 Brookhurst Street, Suite 1-104, Fountain Valley, CA 92708

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __05/26/2026____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
   Eric P. Israel, 2818 La Cienega Ave, Los Angeles, CA 90034 (by email: epi@lnbyg.com)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/26/2026 | Leonard Do | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9140 Trask Ave, Suite 100, Garden Grove, CA 92844

A true and correct copy of the foregoing document entitled (*specify*):  OPPOSITION TO MOTION FOR PARTIAL
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION; MEMORANDUM OF
POINTS AND AUTHORITIES; DECLARATION OF MINH TUONG NGUYEN IN SUPPORT; DECLARATION OF MINH
TUONG NGUYEN IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  05/27/2026  , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
Honorable Scott C. Clarkson
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/27/2026 | Huyen Tran | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**