| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Heidi Griffith (SBN 333725)<br>Directions Law<br>9140 Trask Avenue, Suite 100<br>Garden Grove, CA 92844<br>Telephone: (714) 515-1155<br>Email: heidi@directionslaw.com<br><br>Limited-Scope Attorney for Defendant Minh Tuong Nguyen<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Defendant Minh Tuong Nguyen | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Minh Tuong Nguyen<br><br>Debtor(s). | CASE NO.: 8:26-bk-10347-SC<br>ADVERSARY NO.: 8:26-ap-01027-SC<br>CHAPTER: 7 |
| Paul Nguyen<br><br>Plaintiff(s).<br>vs.<br>Minh Tuong Nguyen<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 10/13/2026<br>TIME: 1:30 PM<br>COURTROOM: 5C<br>ADDRESS: 411 W Fourth St., Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. <u>PLEADINGS/SERVICE</u>:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No
3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified “YES,” please explain below (*or on attached page*):
Defendant submits this Status Report. As to item A.4, the parties have not completed a meet-and-confer under LBR 7026-1. On July 17, 2026, Defendant’s counsel sent Plaintiff a meet-and-confer letter together with a proposed joint status report. On July 18, 2026, Plaintiff responded, declining to engage in substantive Rule 26(f) discussions or to approve a joint status report until Defendant’s counsel’s appearance and limited-scope declaration were filed and served, while stating that his position was not a refusal to confer. On July 20, 2026, Defendant’s counsel filed her Declaration re Limited-Scope Representation (Dkt. 32), and has since appeared of record and filed Defendant’s Answer to the First Amended Complaint, with proof of service, on September 25, 2026 (Dkt. 44); Defendant’s counsel also telephoned Plaintiff on July 21, 2026. Notwithstanding that the appearance documents Plaintiff requested are now on file, Plaintiff has not initiated or transmitted a joint status report for the continued October 13, 2026 status conference. Defendant therefore submits this report and remains willing to prepare and file a joint status report should Plaintiff elect to participate.

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| | August 2027 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| | The pleadings only recently came to issue: Defendant’s motion to dismiss the First Amended Complaint was denied on September 11, 2026, and Defendant answered on September 25, 2026. No discovery has yet occurred. |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| | August 2027 |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| | Written discovery and document production; depositions of Plaintiff and third-party witnesses; and expert discovery as warranted. |

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| | Approximately five to seven court days. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| | Approximately eight to twelve. |

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| | Approximately seventy-five to one hundred twenty-five. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(*date*) ____________ | Pretrial conference should be set after:<br>(*date*) 08/31/2027 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties have not engaged in settlement discussions to date.

2. Has this dispute been formally mediated? ☐ Yes ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☒ No |

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
| --- | --- |
| ☐ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Defendant submits this Status Report. Plaintiff, who prosecutes this action and previously filed his own status report (Dkt. 30), has not initiated a joint status report for the continued October 13, 2026 status conference, notwithstanding that the appearance and limited-scope documents Plaintiff requested are now on file (Dkts. 32 and 44). The obligation to meet and confer is mutual, and as the party prosecuting this adversary proceeding, Plaintiff shares the responsibility to initiate the joint status report. Defendant has already made good-faith efforts to confer and to prepare a joint report — including a meet-and-confer letter and a proposed joint status report on July 17, 2026, and a telephone call on July 21, 2026 — all of which Plaintiff declined in July 2026, when he refused to confer or to join a status report. While Defendant could reach out again, Defendant respectfully submits that, having recently made these good-faith efforts, it would be inequitable to fault the party that sought to confer while excusing the party that refused to do so. Defendant remains willing to meet and confer and to file a joint status report at any time. The pleadings are at issue: Defendant's motion to dismiss the First Amended Complaint was denied on September 11, 2026, and Defendant answered on September 25, 2026. Defendant denies the allegations of the First Amended Complaint and asserts his defenses, and nothing in this report is a waiver of any right, claim, or defense. Defendant does not consent to the entry of final orders or judgment by the bankruptcy court to the extent such consent is required (Stern v. Marshall, 564 U.S. 462 (2011)), and reserves all rights.

Respectfully submitted,

| | |
| --- | --- |
| Date: ___________ | Date: 09/29/2026 |
| ______________________ | Directions Law |
| Printed name of law firm | Printed name of law firm |
| ______________________ | /s/ Heidi Griffith |
| Signature | Signature |
| ______________________ | Heidi Griffith, Esq. |
| Printed name | Printed name |
| Attorney for: ______________________ | Attorney for: Defendant Minh Tuong Nguyen |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9140 Trask Avenue, Suite 100, Garden Grove, CA 92844

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/29/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Paul Nguyen, Plaintiff in Pro Per
16027 Brookhurst Street, Suite I-104, Fountain Valley, CA 92708

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/29/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Jeffrey I. Golden, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626 (by email: jgolden@go2law.com)
Eric P. Israel, 2818 La Cienega Ave, Los Angeles, CA 90034 (by email: epi@lnbyg.com)
Krystina T Tran, Esq., 17011 Beach Blvd, Suite 830, Huntington Beach, CA (by email: ktran@ktranlaw.com)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/29/2026 | Huyen Tran | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.